FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET GORDON, | CASE NO.: 11-CV-00913-R(JCGx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | DATE: October 28, 2011 |
| DELOITTE & TOUCHE, LLP GROUP LONG TERM DISABILITY PLAN, | TIME: 1:30 p.m. |
| | CTRM: 8 |
| Defendant. | |
| | Complaint Filed: January 31, 2011 |

BARGER & WOLEN LLP
633 WEST FIFTH ST.
47th FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\331\11pleadings\msj amended judgment.doc

The motion of Defendant Deloitte & Touche, LLP Group Long Term Disability Plan ("Plan" or "Defendant") for summary judgment came on regularly for hearing before this Court on October 28, 2011, the Honorable Manuel Real, District Judge presiding. Robert J. Rosati, Esq. of the ERISA Law Group LLP appeared on behalf of Plaintiff Bridget Gordon ("Gordon"), and Robert K. Renner, Esq. and James C. Castle, Esq. of Barger & Wolen LLP appeared on behalf of the Plan.

After considering the moving, opposition and reply papers, arguments of counsel and all other matters presented to the Court, and for good cause appearing, this Court rules that no triable issues as to any material fact exist with respect to the Complaint of Gordon on file herein. Specifically, Gordon's ERISA-governed lawsuit is time barred by the applicable four-year statute of limitations and three-year contractual limitations period set forth in the Plan. The Court's reasoning, as set forth on the record and in the Amended Statement of Uncontroverted Facts and Conclusions of Law, is incorporated into this Judgment by this reference. Defendant is therefore entitled to judgment thereon as a matter of law, and this Court GRANTS Defendant's motion as prayed.

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. That Judgment shall be entered forthwith in favor of Defendant and against Gordon;
2. That the submitted Amended Statement of Uncontroverted Facts and Conclusions of Law shall be entered forthwith in favor of Defendant; and
3. That Gordon shall take nothing by way of her Complaint, and that Defendant shall recover from Gordon its costs of suit.

DATED: December 28, 2011

THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

1  Submitted By:

2  BARGER & WOLEN LLP

4  /s/ James C. Castle
   ROBERT K. RENNER
5  JAMES C. CASTLE
   Attorneys for Defendant